

**UNITED STATES DISTRICT COURT**
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

MITSI WESTENDORFF
CHIEF

SHARON STEWART
DEPUTY CHIEF

GLENN MELLINGER
JENNIFER BOWERS
ASSISTANT DEPUTY CHIEFS

501 West 10th Street
Fort Worth, TX 76102

www.txnp.uscourts.gov

July 28, 2015

The Honorable Reed O'Connor
U.S. District Judge
501 West 10th Street, Room 210
Fort Worth, Texas 76102

4-15CR-182 O

RE:   Kuhn, Jade
      Case No.: W-09-CR-191(14)
      <u>Notice of Violations and Request for
      Acceptance of Jurisdiction</u>

Dear Judge O'Connor:

On November 23, 2010, Jade Kuhn appeared before U.S. District Judge Walter S. Smith, Jr. in the Western District of Texas, Waco Division, for a violation of 21 USC § 846 {841(a)(1) & (b)(1)(A)(viii)}, Conspiracy to Possess With Intent to Distribute at Least 500 Grams of Methamphetamine, a Schedule II Controlled Substance (Count 1), and 18 USC § 1956(h), Conspiracy to Commit Money Laundering (Count 2). Ms. Kuhn was sentenced to 84 months custody as to each count, to run concurrently, to be followed by a 5-year term of supervised release as to Count 1, and a 3-year term of supervised release as to Count 2, to be served concurrently. Ms. Kuhn released from custody and began her term of supervised release in the Northern District of Texas, Fort Worth Division, on May 12, 2015.

Ms. Kuhn is living with her grandparents in Richland Hills, Texas. She is employed as an election apprentice, earning $2,800 per month. On June 6, 2015, Ms. Kuhn was arrested by officers of the Irving Police Department for the offense of Possession of a Controlled Substance (methamphetamine) With Intent to Distribute. Ms. Kuhn was observed leaving a residence known for illegal drug distribution. Ms. Kuhn got into a waiting vehicle, which was being driven by Michael Dean. Officers observed Mr. Dean failed to signal a lane change and stopped the vehicle, which was owned by Ms. Kuhn. The vehicle was searched and officers confiscated a substance believed to be methamphetamine, digital scales, and baggies for distribution. Mr. Dean was arrested for an outstanding parole violation and was charged with Possession of a Controlled Substance (methamphetamine) With Intent to Distribute and Failure to Identify-Fugitive. Ms. Kuhn posted bond and was released from custody on June 7, 2015.

Contact with the arresting officer revealed that on July 8, 2015, a warrant was issued for Ms. Kuhn's arrest in Dallas County. She is formally charged with the state offense of Manufacture/Delivery of a Controlled Substance Penalty Group 1 Under 200 Grams, in violation of Texas Health and Safety Code § 481.112(d), a first degree felony. The test results for the confiscated substance confirmed positive for methamphetamine. Ms. Kuhn failed to submit a monthly report in July as required. Her grandmother advised this officer she has not seen or heard from Ms. Kuhn in several weeks.

The sentencing district was advised of Ms. Kuhn's arrest and pending charges. This officer requested transfer of jurisdiction be initiated to address these and any forthcoming violations in the Northern District of Texas, Fort Worth Division. Enclosed for Your Honor's review is the transfer of jurisdiction form signed by U.S. District Judge Walter S. Smith, Jr., on July 14, 2015.

Respectfully submitted,                          Approved,

David E. Arredondo                               Mark A. Briones
Senior U.S. Probation Officer                    Supervising U.S. Probation Officer
817-840-0738                                     817-840-0739

DEA/ehb
Enclosure